**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WAYNE SOCKWELL,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　　　　Respondent. | Case No. EDCV 18-2509-JLS (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: May 04, 2020

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE